UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JIANMEI CAO,<br><br>    *Petitioner*,<br><br>    v.<br><br>Bruce SCOTT, Warden, Northwest ICE Processing Center; Cammilla WAMSLEY, Enforcement and Removal Operations, Seattle Field Office Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Todd LYONS, Acting Director and Senior Official Performing Duties of Director of ICE U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    *Respondents*. | Civil Case No.: 25-cv-02373-RSM-GJL<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE, THIRD COUNTRY REMOVAL AND FACILITY TRANSFER AND ORDER** |

    Petitioner Jianmei Cao filed a habeas corpus petition challenging her detention at the Northwest ICE Processing Center and seeking an injunction against third country removal. Dkt. 4. The parties have met and conferred on a briefing schedule, and whether Respondents will agree to not remove Petitioner to a third country or transfer her to another immigration facility while this litigation is pending.

Stipulation Regarding Third Country Removal and Facility Transfer
Case No. 2:25-cv-02373-RSM-GJL

1

1

2       Petitioner and Federal Respondents hereby jointly stipulate as follows:

3   Briefing Schedule:

4       Respondents will file their return on the habeas by December 5, 2025.

5       Petitioner will file her reply by December 8, 2025.

6   Facility Transfer:

7       ICE agrees not to transfer Petitioner to another facility while this litigation is pending.

8   Repatriation Efforts to China:

9       Petitioner agrees to complete all China Travel Document requests and assist with removal

10  efforts to China.

11      ICE agrees to include counsel for Petitioner by phone or in person and a human interpreter

12  qualified in the Mandarin language for any meeting between ICE officers and Petitioner regarding

13  completing her travel document request and/or her repatriation to China. If counsel is included in

14  the call, counsel agrees not to interject or interfere with any conversations.

15  Third County Removal:

16      ICE agrees that it is only seeking to remove her to China and will not pursue third country

17  removal during the pendency of this litigation.

18  DATED this 26th day of November, 2025.

19
     Respectfully submitted,
20
    CHARLES NEIL FLOYD                    JOHN LOVELESS
21  United States Attorney

22

23  *s/ Michelle R. Lambert*               *s/ John Loveless*
    MICHELLE R. LAMBERT, NYS #4666657      JOHN LOVELESS, WSBA 64548
24  Assistant United States Attorney       1401 E. Madison St., Apt. 310
    United States Attorney's Office        Seattle, WA 98122
25  1201 Pacific Avenue, Suite             Phone: (918) 951-2110
    700 Tacoma, Washington 98402           Email: johnloveless2020@gmail.com
26  Phone: (253) 428-3824
27  Fax:    (253) 428-3826                 SEATTLE CLEMENCY PROJECT
    Email:  michelle.lambert@usdoj.gov
28

| | | |
|---|---|---|
|1| | JENNIFER PASQUARELLA, WSBA 62205 |
|2| *Attorneys for Federal Respondents* | Seattle Clemency Project |
| | | 20415 72nd Ave S Suite 1-415 |
|3| *I certify that this memorandum contains 215 words, in compliance with the Local Civil Rules.* | Kent, WA 98032 |
| | | Phone: 917-690-2038 |
|4| | Email: jennie@seattleclemencyproject.org |
|5| | *Attorneys for Petitioner* |

3

**ORDER**

Briefing Schedule:

    Respondents will file their return on the habeas by December 5, 2025.

    Petitioner will file her reply by December 8, 2025.

Facility Transfer:

    ICE will not to transfer Petitioner to another facility while this litigation is pending.

Repatriation Efforts to China:

    Petitioner will complete all China Travel Document requests and assist with removal efforts to China.

    ICE will include counsel for Petitioner by phone or in person and a human interpreter qualified in the Mandarin language for any meeting between ICE officers and Petitioner regarding completing her travel document request and/or her repatriation to China. If counsel is included in the call, counsel will not to interject or interfere with any conversations.

Third County Removal:

    ICE will not seek to remove Petitioner to China and will not pursue third country removal during the pendency of this litigation.

    IT IS SO ORDERED.

    DATED this 1st day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE