UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JIANMEI CAO,<br><br>      Petitioner,<br> v.<br><br>BRUCE SCOTT, *et al.*,<br><br>      Respondents. | CASE NO. 2:25-cv-02373-RSM-GJL<br><br>ORDER FOR GOVERNMENT RESPONSE |

The District Court has referred this federal habeas action to United States Magistrate Judge Grady J. Leupold. Currently pending in this action is Petitioner Jianmei Cao's amended federal habeas Petition ("Amended Petition"), wherein she seeks a writ of habeas corpus requiring immediate release from immigration detention. *See* Dkt. 4-1. Respondents filed a Response in Opposition to the Amended Petition on December 5, 2025. Dkt. 8. And Petitioner filed a Traverse in Support of her Amended Petition. Dkt. 11. Upon review of the briefing thus far, the Court finds that there is one point in Petitioner's briefing that the Government must specifically address.

ORDER FOR GOVERNMENT RESPONSE - 1

In their Response, Respondents argue that Petitioner is refusing to cooperate in the process to get her a new Chinese passport. Dkt. 8 at 8–9. They state that if Petitioner complies and completes the passport application, China will issue her a new passport "within a month or two." *Id.* at 8. Obtaining a valid Chinese passport is essential for Respondents to remove Petitioner to China. *Id.* Petitioner, however, provides a completely different picture as to why she has been unable to obtain a Chinese passport thus far. In her Traverse, Petitioner states that a Chinese consular official emailed her daughter and stated, "'Hi, as long as your mother is still in the ICE, we are not able to help her to apply [sic] [C]hinese passport. Thank you.'" Dkt. 11 at 4 (quoting Dkt. 4-20 at 2).

The Court would like to afford Respondents an opportunity to address Petitioner's argument that she cannot obtain a new Chinese passport while detained. Therefore, the Court **ORDERS** that Respondents **FILE** a brief only addressing this argument. They must **FILE** their brief on or before **December 23, 2025**.

Finally, the Clerk of Court is **DIRECTED** to **RENOTE** the Response (Dkt. 8) for **December 23, 2025**.

Dated this 18th day of December, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER FOR GOVERNMENT RESPONSE - 2