1
2
3
4
5

6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                      AT TACOMA

8  JIANMEI CAO,

9              Petitioner,                CASE NO. 2:25-cv-02373-RSM-GJL

10         v.                             **ORDER GRANTING TRO AND
                                          ADOPTING REPORT AND**
11 BRUCE SCOTT, *et al.*,                 **RECOMMENDATION**

12             Respondents.

13         This matter comes before the Court on Petitioner's Motion for Temporary Restraining

14 Order ("TRO"), Dkt. #16, and the Report and Recommendation of Magistrate Judge Grady J.

15 Leupold, Dkt. #15.  The TRO advises the Court that Petitioner's husband has been hospitalized on

16 January 28, 2026, and is in critical condition.  Dkt. #16 at 3.  Petitioner moves for her immediate

17 release consistent with adopting the pending Report and Recommendation.  The Court has reached

18 out to counsel for the Government and been advised that Respondents do not intend to file an

19 opposition to the TRO motion.  The Court has reviewed the Report and Recommendation and the

20 remaining record, and does hereby FIND and ORDER:

21     (1)   Petitioner has demonstrated a likelihood of success on the merits and irreparable
             harm, and that the balance of hardships and public interest weigh in her favor. The
22           Court therefore GRANTS the TRO, Dkt. #16.

23     (2)   The Court ADOPTS the Report and Recommendation.

24

ORDER GRANTING TRO AND ADOPTING REPORT AND RECOMMENDATION - 1

(2)  Petitioner's amended federal habeas Petition is GRANTED. the Government is ORDERED to release Petitioner from custody on reasonable conditions of supervision.  Respondents SHALL PROVIDE Petitioner with notice of at least three days (72 hours) and an opportunity to respond to any third country removal attempt by providing a reopened removal proceeding before an IJ.

(3)  The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondents, and to the Hon. Grady J. Leupold.

**DATED** this 3rd day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE